# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1244        **Short Title:** Cal. v. Dep't of Education

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

U.S. Department of Education; Denise Carter; Linda McMahon         as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Sean R. Janda                                    March 12, 2025
Signature                                            Date

Sean R. Janda
Name

U.S. Department of Justice, Civil Division, Appellate Staff     202-514-3388
Firm Name (if applicable)                                       Telephone Number

950 Pennsylvania Avenue NW, Room 7260          N/A
Address                                        Fax Number

Washington, DC 20530                           sean.r.janda@usdoj.gov
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1201803

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).