# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1244            **Short Title:** California v. US Dep't of Educ

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Commonwealth of Massachusetts _____ as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ David C. Kravitz
Signature

3/12/2025
Date

David C. Kravitz
Name

Office of the Massachusetts Attorney General
Firm Name (if applicable)

617-963-2427
Telephone Number

One Ashburton Place
Address

_____
Fax Number

Boston, MA 02108
City, State, Zip Code

david.kravitz@mass.gov
Email (required)

Court of Appeals Bar Number: 41870

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).