# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1244     **Short Title:** California v. U.S. Dept. of Ed.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Christopher D. Hu
Signature

3/12/25
Date

Christopher D. Hu
Name

California Department of Justice
Firm Name (if applicable)

415-510-3917
Telephone Number

455 Golden Gate Avenue, Ste 11000
Address

Fax Number

San Francisco, CA 94102
City, State, Zip Code

christopher.hu@doj.ca.gov
Email (required)

Court of Appeals Bar Number: 1215738

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes     Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).