# United States Court of Appeals
## For the First Circuit

No. 25-1244

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

US DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in their official capacity as Secretary of Education; DENISE CARTER, in their official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid,

Defendants - Appellants.

Before

Gelpí, Kayatta and Montecalvo,
Circuit Judges.

**ORDER OF COURT**

Entered: March 12, 2025

This matter is before the court on defendants-appellants' "Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay." The requests for immediate relief and relief by tomorrow are **DENIED**. The court intends to rule on the broader request for stay relief as soon as practicable once the motion has been briefed. Plaintiffs-appellees should respond to the stay motion by 5:00 p.m. on Thursday, March 13, 2025. Any reply should be filed by 5:00 p.m. on Friday, March 14, 2025. The court then will address the stay request as soon as practicable.

When responding to the motion, plaintiffs-appellees should address fully defendants-appellants' contentions that "if recipients in the plaintiff States are given access to the funds, nothing prevents them from drawing down the funds," that "there is a significant risk of grantees attempting to withdraw tens of millions of dollars on canceled grants," and that there would be "limited ability to recover those disbursed funds." Stay Mot. at 18 (internal quotation marks omitted).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Laura Faer
Christopher David Hu
Alexis Piazza
Heidi Joya
Garrett Lindsey
Maureen Onyeagbako
David C. Kravitz
Megan Barriger
Adelaide H. Pagano
Matthew G. Lindberg
Chris Pappavaselio
Yael Shavit
Elizabeth R. Walsh
Amanda I. Morejon
Jessica L. Palmer
Lauren Elizabeth Van Driesen
David Moskowitz
Darren Bernens Kinkead
Virginia A. Williamson
Sandra S. Park
Rabia Muqaddam
Alex Finkelstein
Kathryn Meyer
Monica Hanna
Wil S. Handley
Aaron Bibb
Mark R. Freeman
Daniel Tenny
Michael L. Fitzgerald
Brian James Springer
Sean Janda