# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 25-1244     Short Title: California v. U.S. Dep't of Edu

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California _____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Joshua Patashnik
Signature

3/12/25
Date

Joshua Patashnik
Name

California Department of Justice
Firm Name (if applicable)

619-738-9628
Telephone Number

600 W. Broadway, Suite 1800
Address

_____
Fax Number

San Diego, CA  92101
City, State, Zip Code

josh.patashnik@doj.ca.gov
Email (required)

Court of Appeals Bar Number: 1215775

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).