# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-01244    **Short Title:** California v. U.S. Department

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New Jersey                                                                 as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Elizabeth R. Walsh                    March 13, 2025
Signature                                 Date

Elizabeth Rosemary Walsh
Name

New Jersey Office of Attorney General     609-696-5289
Firm Name (if applicable)                 Telephone Number

25 Market Street                          n/a
Address                                   Fax Number

Trenton, NJ 08625                         elizabeth.walsh@law.njoag.gov
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1215673

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes    Court of Appeals No. _____

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).