

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-3388

March 19, 2025

**Via CM/ECF**

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
Office of the Clerk
1 Courthouse Way, Suite 2500
Boston, MA 02210

    RE:   *State of California v. U.S. Department of Education*, No. 25-1244
           (not scheduled for oral argument)

Dear Ms. Dubrovsky:

    I write in regard to the government's pending emergency stay motion in the above-captioned case. The government's motion, which was filed on March 12, requested an urgent decision in order "to facilitate review by the Supreme Court, if necessary." Mot. 2. The government wishes to inform the Court that the Acting Solicitor General intends to seek relief from the Supreme Court tomorrow—Thursday, March 20—if the government has not received a decision from this Court. We would appreciate your circulating this letter to the members of the panel.

                             Sincerely,

                             */s/ Sean R. Janda*
                             Sean R. Janda

cc:    All counsel (via CM/ECF)