# United States Court of Appeals
## For the First Circuit

_____

No. 25-1244

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

US DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in their official capacity as Secretary of Education; DENISE CARTER, in their official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid,

Defendants - Appellants.

_____

### ORDER OF COURT

Entered: March 20, 2025
Pursuant to 1st Cir. R. 27.0(d)

The court has received appellants' letter dated March 19, 2025. The parties are hereby advised that the court anticipates issuing a decision on appellants' "Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay" by Friday, March 21, 2025, at 12:00 p.m.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Laura Faer, Christopher David Hu, Joshua Patashnik, Alexis Piazza, Heidi Joya, Garrett Lindsey, Maureen Onyeagbako, David C. Kravitz, Megan Barriger, Adelaide H. Pagano, Matthew G. Lindberg, Chris Pappavaselio, Yael Shavit, Elizabeth R. Walsh, Amanda I. Morejon, Jessica L. Palmer, Lauren Elizabeth Van Driesen, David Moskowitz, Darren Bernens Kinkead, Virginia A. Williamson, Sandra S. Park, Rabia Muqaddam, Alex Finkelstein, Kathryn Meyer, Monica Hanna, Wil S. Handley, Aaron Bibb, Mark R. Freeman, Daniel Tenny, Michael L. Fitzgerald, Brian James Springer, Sean Janda