# United States Court of Appeals
## For the First Circuit

No. 25-1244

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; STATE OF WISCONSIN,

Plaintiffs, Appellees,

v.

U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of Education; DENISE CARTER, in her official capacity as Acting Chief Operating Officer for Student Aid,

Defendants, Appellants.

Before

Gelpí, Kayatta, Montecalvo,
Circuit Judges.

**ORDER OF COURT**
Entered: March 21, 2025

Consistent with the opinion issued this day, the motion for a stay pending appeal is denied. An expedited briefing schedule on the appeal will be set by the clerk forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. Myong J. Joun, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Laura Faer, Christopher David Hu, Joshua Patashnik, Alexis Piazza, Heidi Joya, Garrett Lindsey, Maureen Onyeagbako, David C. Kravitz, Megan Barriger, Adelaide H. Pagano, Matthew G. Lindberg, Chris Pappavaselio, Yael Shavit, Elizabeth R. Walsh, Amanda I. Morejon, Jessica L. Palmer, Lauren Elizabeth Van Driesen, David Moskowitz, Darren Bernens Kinkead, Virginia A. Williamson, Sandra S. Park, Rabia Muqaddam, Alex Finkelstein, Kathryn Meyer, Monica Hanna, Wil S. Handley, Aaron Bibb, Mark R. Freeman, Daniel Tenny, Michael L. Fitzgerald, Brian James Springer, Sean Janda