# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 25-1244  **Short Title:** State of California v. U.S. Department of Education

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from March 10, 2025
   2. Date this notice of appeal filed March 11, 2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain Order effectively granting preliminary injunction, see 28 U.S.C. 1292(a)(1)

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?   ☑ Yes   ☐ No
If yes, is a transcript necessary for this appeal?   ☑ Yes   ☐ No
If yes, is transcript already on file with district court?   ☑ Yes   ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party _See attached_
      Attorney _____
      Address _____
      Telephone _____

   2. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

   3. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name _U.S. Department of Education; Linda Marie McMahon; Denise Carter_
      Address _400 Maryland Avenue SW; Washington, DC 20202_
      Telephone _____

      Attorney's name _Daniel Tenny; Sean R. Janda; Brian J. Springer_
      Firm _U.S. Department of Justice_
      Address _950 Pennsylvania Avenue NW; Washington, DC 20530_
      Telephone _202-514-3388_

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)   ☑ Yes   ☐ No

  Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Sean R. Janda
Date  March 25, 2025

**F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.**

1. Adverse party: State of California

Attorneys: Laura Faer; Christopher David Hu; Heidi Joya; Garrett Lindsey; Maureen Onyeagbako; Joshua Patshnik; Alexis Piazza;

Address: 1515 Clay Street; Oakland, CA 94612

Telephone: 510-879-3304


2. Adverse party: Commonwealth of Massachusetts

Attorneys: Megan Barriger; David C. Kravitz; Matthew G. Lindberg; Adelaide H. Pagano; Chris Pappavaselio; Yael Shavit

Address: 1 Ashburton Place, 20th Floor; Boston, MA 02108

Telephone: 617-963-2038


3. Adverse party: State of New Jersey

Attorneys: Amanda I. Morejon; Jessica L. Palmer; Lauren Elizabeth Van Driesen; Elizabeth R. Walsh

Address: 124 Halsey Street, 5th Floor; Newark, NJ 07101

Telephone: 609-696-5279


4. Adverse party: State of Colorado

Attorneys: David Moskowitz

Address: 1300 Broadway, 10th Floor; Denver, CO 80203

Telephone: 720-508-6784

5. Adverse party: State of Illinois

Attorneys: Darren Bernens Kinkead

Address: 115 S. LaSalle Street, 23rd Floor; Chicago, IL 60603

Telephone: 773-590-6967

6. Adverse party: State of Maryland

Attorneys: Virginia A. Williamson

Address: 200 St. Paul Place; Baltimore, MD 21202

Telephone: 410-576-6584

7. Adverse party: State of New York

Attorneys: Monica Hanna; Alex Finkelstein; Wil S. Handley; Kathryn Meyer; Rabia Muqaddam; Sandra S. Park

Address: 28 Liberty Street; New York, NY 10005

Telephone: 212-416-6009

8. Adverse party: State of Wisconsin

Attorneys: Aaron Bibb

Address: 17 W. Main Street, P.O. Box 7857; Madison, WI 53707

Telephone: 608-266-0810