# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

State of California, *et al.*,
    Plaintiffs-Appellees,

v.

U.S. Department of Education, *et al.*,
    Defendants-Appellants.

No. 25-1244

## MOTION TO HOLD BRIEFING SCHEDULE IN ABEYANCE OR, IN THE ALTERNATIVE, FOR 14-DAY EXTENSION

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves to hold the briefing schedule in this appeal in abeyance or, in the alternative, for a 14-day extension of time for the government's opening brief. Plaintiffs take no position on this motion. In support of this motion, the government states the following:

1. In this case, plaintiffs challenge the Department of Education's termination of certain grants. On March 10, the district court granted plaintiffs' motion for temporary relief and generally ordered the government to undo the grant terminations for recipients within plaintiff States. *See* Dkt. No. 41. At the time, the court's order was to remain in effect for 14 days, until March 24. *See id.* at 10.

The government appealed that order and moved this Court for a stay pending appeal. On March 21, this Court denied the government's motion. *See* Order (Mar. 21,

2025). In addition, this Court stated that an "expedited briefing schedule on the appeal will be set by the clerk." *Id.* On March 24, the Court entered an order setting such a briefing schedule; that order directs that the government's opening brief is due within 14 days—on April 7. *See* Order (Mar. 24, 2025).

Since that briefing schedule was set, the government has filed an application for emergency relief from the district court's order with the Supreme Court, and Justice Jackson has requested that plaintiffs respond to that application by tomorrow. *See Department of Education v. California*, No. 24A910 (U.S.). In addition, the district court has extended its order "until the date of [its] decision on" a pending motion for a preliminary injunction, "not to exceed April 7." Dkt. No. 79.

2. In light of the foregoing, the government respectfully moves to hold the briefing schedule in this appeal in abeyance or, in the alternative for a 14-day extension of time to file its opening brief. The government's application to the Supreme Court raises many of the issues that are presented in this appeal. In resolving that application, the Supreme Court may thus provide additional guidance regarding those issues, which would properly inform any future briefing in this appeal. In addition, based on the district court's recent order extending its relief, it appears as if the district court intends to rule on plaintiffs' pending motion for a preliminary injunction by April 7. That ruling will likely result in the dissolution of the previous order being challenged in this appeal, which would moot this appeal. Thus, putting the

briefing schedule into abeyance—or granting a short extension of the deadline for the opening brief—will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal.

3. Counsel for plaintiffs have informed the government that plaintiffs take no position on this motion.

Respectfully submitted,

DANIEL TENNY

 /s/ Sean R. Janda
SEAN R. JANDA
BRIAN J. SPRINGER
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

March 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 463 words, according to the count of Microsoft Word.

                                                          */s/ Sean R. Janda*
                                                        Sean R. Janda