# United States Court of Appeals
## For the First Circuit

_____

No. 25-1244

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

US DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in their official capacity as Secretary of Education; DENISE CARTER, in their official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid,

Defendants - Appellants.
_____

Before

Gelpí, Kayatta and Montecalvo,
<u>Circuit Judges</u>.
_____

**ORDER OF COURT**

Entered: March 28, 2025

     This matter is before the court on defendants-appellants' "Motion to Hold Briefing Schedule in Abeyance or, in the Alternative, for 14-Day Extension." The motion is resolved as follows: the previously entered briefing schedule will be held in abeyance pending further order.

     By the Court:

     Maria R. Hamilton, Clerk

cc:
Laura Faer
Christopher David Hu

Joshua Patashnik
Alexis Piazza
Heidi Joya
Garrett Lindsey
Maureen Onyeagbako
David C. Kravitz
Megan Barriger
Adelaide H. Pagano
Matthew G. Lindberg
Chris Pappavaselio
Yael Shavit
Elizabeth R. Walsh
Amanda I. Morejon
Jessica L. Palmer
Lauren Elizabeth Van Driesen
David Moskowitz
Darren Bernens Kinkead
Virginia A. Williamson
Sandra S. Park
Rabia Muqaddam
Alex Finkelstein
Kathryn Meyer
Monica Hanna
Wil S. Handley
Aaron Bibb
Mark R. Freeman
Daniel Tenny
Michael L. Fitzgerald
Brian James Springer
Sean Janda