# United States Court of Appeals
# For the First Circuit

_____

No. 25-1244

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; STATE OF WISCONSIN,

Plaintiffs, Appellees,

v.

U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in her official capacity as Secretary of Education; DENISE CARTER, in her official capacity as Acting Chief Operating Officer for Student Aid,

Defendants, Appellants.
_____

Before

Montecalvo, Kayatta, and Gelpí,
<u>Circuit Judges</u>.
_____

**ORDER OF COURT**

Entered: April 16, 2025

     This matter is currently held in abeyance pending further order at the request of defendants-appellants. Given intervening events at the Supreme Court and district court, the parties are directed to file within ten business days -- on or before **April 30, 2025** -- supplemental briefs, not to exceed ten pages, proposing the further course of proceedings on this appeal.

                                                             By the Court:

                                                             Anastasia Dubrovsky, Clerk

cc:
Laura Faer
Christopher David Hu
Joshua Patashnik
Alexis Piazza
Heidi Joya
Garrett Lindsey
Maureen Onyeagbako
David C. Kravitz
Megan Barriger
Adelaide H. Pagano
Matthew G. Lindberg
Chris Pappavaselio
Yael Shavit
Elizabeth R. Walsh
Amanda I. Morejon
Jessica L. Palmer
Lauren Elizabeth Van Driesen
David Moskowitz
Darren Bernens Kinkead
Virginia A. Williamson
Sandra S. Park
Rabia Muqaddam
Alex Finkelstein
Kathryn Meyer
Monica Hanna
Wil S. Handley
Aaron Bibb
Mark R. Freeman
Daniel Tenny
Michael L. Fitzgerald
Brian James Springer
Sean Janda