IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| State of California, *et al.*,<br>　　　　　Plaintiffs-Appellees,<br><br>　　　　　v.<br><br>U.S. Department of Education, *et al.*,<br>　　　　　Defendants-Appellants. | No. 25-1244 |

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), the government respectfully moves to voluntarily dismiss this appeal, with each party to bear its own costs. Plaintiffs do not oppose this motion.

Respectfully submitted,

DANIEL TENNY

 /s/ *Sean R. Janda*
SEAN R. JANDA
BRIAN J. SPRINGER
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

April 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 31 words, according to the count of Microsoft Word.

<u>/s/ Sean R. Janda</u><br>
Sean R. Janda