# United States Court of Appeals
## For the First Circuit

No. 25-1244

STATE OF CALIFORNIA; COMMONWEALTH OF MASSACHUSETTS; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF ILLINOIS; STATE OF MARYLAND; STATE OF NEW YORK; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

US DEPARTMENT OF EDUCATION; LINDA MARIE MCMAHON, in their official capacity as Secretary of Education; DENISE CARTER, in their official capacity as former Acting Secretary of Education and current acting Chief Operating Officer, Federal Student Aid,

Defendants - Appellants.

### JUDGMENT

Entered: April 23, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Laura Faer, Christopher D. Hu, Joshua Patashnik, Alexis Piazza, Heidi Joya, Garrett Lindsey, Maureen Onyeagbako, Dennis Ojogho, David C. Kravitz, Megan Barriger, Adelaide H. Pagano, Matthew G. Lindberg, Chris Pappavaselio, Yael Shavit, Elizabeth R. Walsh, Amanda I. Morejón, Jessica L. Palmer, Lauren E. Van Driesen, David Moskowitz, Darren B. Kinkead, Virginia A. Williamson, Sandra S. Park, Rabia Muqaddam, Alex Finkelstein, Kathryn Meyer, Monica Hanna, Wil S. Handley, Aaron Bibb, Donald C. Lockhart, Eric D. McArthur, Mark R. Freeman, Daniel Tenny, Abraham R George, Michael L. Fitzgerald, Brian J. Springer, Sean Janda